```
1  Charles D. Oren, Esq. #103038
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
3  Fresno, California 93729
   (559) 264-2800
4
5  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| Carol Heard | ) | |
|---|---|---|
| | ) | 1:06-CV-1474 AWI TAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO DISMISS |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on October 11, 2006, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

    Dated: July 21, 2007        /s/ Charles D. Oren

                                    CHARLES D. OREN, ESQ.
                                    Attorney for Plaintiff

| | |
|---|---|
| 1  Dated: July 31, 2007 | |
| 2 | MCGREGOR SCOTT |
|   | United States Attorney |
| 3 | |
| 4 | By: /s/ Nancy M. Lisewski |
|   | (as authorized via facsimile) |
| 5 | NANCY M. LISEWSKI |
|   | Assistant Regional Counsel |

**ORDER**

IT IS SO ORDERED.

**Dated:   September 21, 2007**              /s/ Anthony W. Ishii
                                                                       UNITED STATES DISTRICT JUDGE